No. 98–1464. RENO, ATTORNEY GENERAL, ET AL. *v.* CONDON, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari granted.

No. 98–1161. CITY OF ERIE ET AL. *v.* PAP'S A. M., TDBA "KANDYLAND." Sup. Ct. Pa. Motion of Erie County Citizens Coalition Against Violent Pornography for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 98–1299. NEW YORK *v.* HILL. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 98–926. LOWER TULE RIVER IRRIGATION DISTRICT ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL ET AL.; and

No. 98–1018. CHOWCHILLA WATER DISTRICT ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 146 F. 3d 1118.

No. 98–1090. CHAVEZ MISOLA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 98–1139. GILBERT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1230. HARDWICK BROTHERS CO. II *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–1271. ROMANO *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 98–1276. ALUMINUM COMPANY OF AMERICA *v.* JONES ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1279. LUCKY STORES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.